JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHN HO, an individual,

        Plaintiff,

    vs.

PATEL BALUBHAI in his individual capacity and as trustee of the PATEL BALUBHAI TRUST,

        Defendants.

Case No.:  8:19-cv-00529-JLS-DFM

**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

[Assigned to Hon. Josephine L. Staton]

1

    Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice,"

2  and good cause appearing therefore, IT IS HEREBY ORDERED that the above-

3  captioned action shall be dismissed with prejudice.  Each party shall bear his or its

4  own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the

5  settlement terms between the parties.

6

7

8  IT IS SO ORDERED

9  Dated ___02/06/2020_____          ___JOSEPHINE L. STATON_____

10                                                           Judge, United States District Court,
                                                             Central District of California
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28